IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GARY HARGROVE,

        Plaintiff,

        v.

LCK,INC., AAA PROPERTY MANAGEMENT, INC.,

        Defendant.

Case No. 1:23-cv-00371-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 45), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

1 –ORDER

Magistrate Judge Clarke's Findings and Recommendation (ECF No. 45) is adopted in full. Defendant's Motion to Dismiss is denied, with leave to refile the motion for summary judgment.

IT IS SO ORDERED.

DATED this 24th day of May, 2024.

                                                s/Michael J. McShane_____
                                                           Michael McShane
                                               United States District Judge